Leonard C. LEE, Appellant,

v.

Tommy G. THOMPSON, Secretary, United States Department of Health and Human Services, Appellee,

Vicky Ross–Barsch, Individually and in her official capacity as Assistant Deputy Director, NCTR; Victor G. Attwood, Individually and in his official capacity as Deputy Director, NCTR; Mary Ann Hutchinson, Individually and in her official capacity as Personnel Director, NCTR; Dick King, Individually and in his official capacity as Personnel Specialist, NCTR; Kimberly Carter, Individually and in her official capacity as Director Division of Personnel Operations, ORA; George Calvert, Individually and in his official capacity as Director, Classification Services, FDA, Defendants.

No. 04–1165.

United States Court of Appeals, Eighth Circuit.

Submitted Dec. 24, 2004.

Decided Jan. 24, 2005.

Jack R. Kearney, Little Rock, AR, for Plaintiff–Appellant.

Richard M. Pence, U.S. Attorney, U.S. Attorney's Office, Little Rock, AR, for Defendants–Appellees.

Before BYE, MELLOY, and COLLOTON, Circuit Judges.

---

PER CURIAM.

Leonard Lee appeals the district court's[1] adverse judgment after a bench trial in his Title VII action against the Secretary of the Department of Health and Human Services. After carefully reviewing the record, we find no clear error in the district court's findings that Lee did not prove race discrimination, retaliation, or harassment. *See Tadlock v. Powell,* 291 F.3d 541, 546 (8th Cir.2002) (standard of review). We also agree with the court that Lee did not exhaust his administrative remedies on his claim that supervisors discriminated and retaliated against him by accusing him of fraud in a worker's compensation case. *See Burkett v. Glickman,* 327 F.3d 658, 660 (8th Cir.2003).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.